LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FL
NEW YORK, NY 10011
TEL: 212-465-1180
INFO@LEELITIGATION.COM

Application denied.

The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 8.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
October 19, 2026

**Via ECF:**
Hon. Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re: *Cipriani v. New Roc Social LLC., et al.*
Case No. 7:26-cv-06176

Dear Judge Halpern,

We are counsel to Plaintiff in the above-referenced matter. We write jointly with Defendants to inform the Court that the parties have agreed to attempt a class mediation and to request that the Court stay all proceedings.

After several discussions, the parties have agreed to engage in private mediation utilizing Raymond Nardo as mediator. The parties have scheduled this mediation for November 20, 2026, which is the earliest available date that works for Mr. Nardo and the parties. The parties submit that the stay requested herein will promote the efficient use of resources in this case, as a successful mediation will avoid the unnecessary expenditure of resources by the parties and this Court on motion practice and discovery-related matters. The parties believe that Mr. Nardo, who is an experienced and highly regarded mediator of complex FLSA cases, has the specific background the parties need to generate the best chance at a successful settlement.

Additionally, the parties request that they report to the Court concerning the outcome of the mediation in a joint letter on or before December 3, 2026.

We thank Your Honor for its time and consideration of this matter.

Respectfully submitted,

*/s/ C.K. Lee*