UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GINETTE CIPRIANI,

Plaintiff,

-against-

NEW ROC SOCIAL LLC and ALI SAHIN,

Defendants.

**ORDER**

26-CV-06176 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff Ginette Cipriani initiated this action, on behalf of herself and others similarly situated, by filing a complaint on July 21, 2026. (Doc. 1). On August 7, 2026, Plaintiff filed affirmations of service, indicating that Defendants New Roc Social LLC and Ali Sahin were served with the summons and complaint on July 27, 2026 and August 1, 2026, respectively. (Doc. 3). On October 16, 2026, Plaintiff filed a letter-motion seeking to stay this action pending the resolution of private mediation (Doc. 8), which the Court denied on October 19, 2026 (Doc. 9). There has been no activity on the docket since the Court denied Plaintiff's request to stay this case pending the resolution of private mediation. Defendants have not responded to the complaint or otherwise appeared in this action.

Accordingly, by December 2, 2026, Plaintiff shall comply with this Court's Individual Practices Rule 4(B) for obtaining a default judgment, or file a letter advising the Court why she should not pursue default judgment against Defendants New Roc Social LLC and Ali Sahin.

Failure to strictly comply with this Court's Individual Practices and this Order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

**SO ORDERED.**

Dated: White Plains, New York
November 2, 2026

Philip M. Halpern
United States District Judge